In re: Phillip Lavette BAKER,
a/k/a Shorty, Petitioner.

No. 11–1328.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Phillip Lavette Baker, Petitioner Pro Se.

Before KING, SHEDD, and DIAZ,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Phillip Lavette Baker petitions for a
writ of mandamus, alleging the district
court has unduly delayed acting on his
motion for reduction in sentence pursuant
to 18 U.S.C. § 3582(c)(2) (2006). He seeks
an order from this court directing the dis-
trict court to act. Although we find that
mandamus relief is not warranted because
the delay is not unreasonable, we deny the
mandamus petition without prejudice. We

grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*